# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00652-CR

**John Bender, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NO. D-1-DC-08-904109, HONORABLE CHARLES E. MILLER JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

PER CURIAM

Appellant's appointed counsel has filed a motion to withdraw. In her motion, counsel states that appellant is an attorney, but not currently licensed to practice. She says that "[s]ince the inception of this appeal, [she] has been in a struggle with the Appellant over who is the appellate lawyer in this case." She states that instead of the brief that she has been preparing, appellant wants her to file a brief that he has written but that counsel is unwilling to sign. Counsel states that she and appellant agree that she should withdraw to allow appellant to pursue the appeal himself. Attached to the motion is a letter from appellant confirming his desire to represent himself.

The motion is granted in part. The appeal is abated and the cause is remanded to the district court. Upon remand, the court shall promptly conduct a hearing at which appellant shall be admonished of the disadvantages of self-representation and evidence shall be developed as to

whether appellant's decision to relinquish the benefits of counsel is knowingly and voluntarily made. If appellant persists in his request to dismiss counsel, the district court shall allow counsel to withdraw from the case and make available to appellant a copy of the appellate record. Appellant will have thirty days from the date of the hearing to file a pro se brief.

A supplemental record, including the reporter's record of the hearing and copies of all orders entered by the district court, shall be filed with the Clerk by October 25, 2010.

Before Chief Justice Jones, Justices Puryear and Pemberton

Abated

Filed: September 10, 2010

Do Not Publish

2